# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA DYNO NOBEL, PACIFIC GAS & ELECTRIC, CLEVELAND WRECKING, URS CORPORATION, and DEMTECH SERVICES, INC.,<br><br>Defendants. | Case No. 1:14-cv-02018 BAM<br><br>Hon. Barbara A. McAuliffe<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY ONE WEEK**<br><br>Complaint served:  12/22/14<br>Current Response Date:  02/09/15<br>New Response Date:  02/16/15 |

Having reviewed the SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY ONE WEEK, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants URS Corporation and Cleveland Wrecking Company's time to answer or otherwise respond to the Complaint is extended by one week, up to and including February 17, 2015.

IT IS SO ORDERED.

Dated:   **February 10, 2015**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE